UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| | | |
|---|---|---|
| JOHN A. OLAGUES, ET AL | * | CIVIL ACTION |
| VERSUS | * | NO. 1:17-CV-20287-JEM |
| PHILLIP FROST, M.D. and<br>AND OPKO HEALTH, INC. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS

Pursuant to FRCP 6(b) and Local Rule 7.1(a)(1)(J), plaintiffs, John A. Olagues and Ray Wollney, respectfully request an extension of time through and including May 18, 2017, to respond to the Motion to Dismiss of defendant, Dr. Phillip Frost. This motion is being sought in good faith and not for purposes of delay. In support of this motion, plaintiffs respectfully represent as follows:

1. On April 28, 2017, defendant, Dr. Phillip Frost, filed a Motion to Dismiss the plaintiffs' Complaint. The current deadline to respond is May 12, 2017.

2. Kevin C. Schoenberger, counsel for the plaintiffs, is the court appointed Liquidator for Murphy Construction Company and related companies. The sale of the companies' assets is scheduled for May 17, 2017. Disposing of the assets has been extremely time consuming for Schoenberger.

3. Accordingly, plaintiffs and their counsel respectfully seek an extension of time, through and including May 18, 2017, in which to respond to the Motion to Dismiss.

LAW OFFICE OF CONRAD WILLKOMM, PA

By: /s/ W. Conrad Willkomm
**W. CONRAD WILLKOMM (Bar No. 0697338)**
3201 Tamiami Trail North - 2nd Floor
Naples, Florida 34103
Telephone: (239) 262-5303
Facsimile: (239) 262-6030
Email: conrad@swfloridalaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 10, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF electronic document filing system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Tracy A. Nichols, Esq.<br>Holland & Knight, LLP<br>701 Brickell Avenue, Suite 3300<br>Miami, Florida 33131<br>Telephone: (305) 789-7717<br>Facsimile: (305) 789-7799<br>tracy.nichols@hklaw.com<br><br>*Attorney for OPKO Health, Inc.* | Peter W. Homer, Esq.<br>1200 Four Seasons Tower<br>1441 Brickell Avenue<br>Miami, Florida 33131<br>Telephone: (305) 350-5139<br>Facsimile: (305) 982-0063<br>phomer@homerbonner.com<br><br>*Attorneys for M.D. Phillip Frost* |

/s/ Kevin C. Schoenberger
**KEVIN C. SCHOENBERGER**