IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 1:17-cv-20287-MARTINEZ-GOODMAN

JOHN A. OLAGUES and
RAY WOLLNEY,

    Plaintiffs,

vs.

M.D. PHILLIP FROST and
OPKO HEALTH, INC.,

    Defendants.

**DEFENDANT FROST'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

    Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1(a)(1)(J), Defendant M.D. Phillip Frost (hereinafter "Defendant Frost") respectfully requests a seven (7) day extension of time through and including June 1, 2017, to file a reply in support of his Motion to Dismiss (ECF No. 18). This motion is being sought in good-faith and not for purposes of delay. In support of this motion, Defendant Frost respectfully states as follows:

    1.    On April 28, 2017, Defendant Frost filed a Motion to Dismiss and Supporting Memorandum of Law (the "Motion to Dismiss"). ECF No. 18.

    2.    Pursuant to Local Rule 7.1(c)(1), the deadline for Plaintiffs John A. Olagues and Ray Wollney (hereinafter "Plaintiffs") to respond to the Motion to Dismiss was May 12, 2017.

    3.    On May 12, 2017, Plaintiffs filed a Motion for Extension of Time to respond to the Motion to Dismiss, seeking an extension through May 18, 2017. ECF No. 19. The Court granted Plaintiffs' Motion for Extension of Time. ECF No. 20.

4. On May 18, 2017, Plaintiffs John A. Olagues and Ray Wollney (hereinafter "Plaintiffs") filed their Opposition to Frost's Motion to Dismiss. Pursuant to Local Rule 7.1(c)(1), the current deadline for Defendant Frost to file a reply is May 25, 2017.

5. Undersigned counsel is out of state for an arbitration hearing in another matter. Due to the undersigned's counsel trial schedule and the upcoming Memorial Day holiday, Defendant Frost and his counsel are in need of a brief extension of time to prepare and file Defendant Frost's reply in support of his Motion to Dismiss.

6. Accordingly, Defendant Frost and his counsel respectfully seek a brief seven (7) day extension of time, through and including June 1, 2017, in which to file Defendant Frost's reply in support of his Motion to Dismiss.

7. This motion, which is unopposed, is brought in good faith and not for purposes of delay. The relief requested herein is supported by good cause and will not prejudice the Court or the parties. Moreover, the granting of this motion will not interfere with any other deadlines in this case. This is Defendant Frost's first request to extend the time to file his reply in support of his Motion to Dismiss.

8. **Local Rule 7.1(a)(3) Certification:** On May 22, 2017, counsel for Defendant Frost conferred with Plaintiffs' counsel, Mr. Kevin Schoenberger, Esq. and W. Conrad Willkomm, Esq., regarding the relief requested herein. Mr. Schoenberger stated that Plaintiffs agree to the relief requested herein.

**WHEREFORE**, Defendant M.D. Phillip Frost respectfully requests that the Court grant this unopposed motion and extend the time for Frost to file his reply in support of his Motion to Dismiss by seven (7) days, through and including June 1, 2017. A proposed order granting this unopposed motion is attached hereto for the Court's consideration.

HOMER BONNER JACOBS
1200 Four Seasons Tower • 1441 Brickell Avenue • Miami Florida 33131
Phone: (305) 350-5100

Dated:  May 23, 2017.

Respectfully submitted:

**HOMER BONNER JACOBS**

Attorneys for Defendant M.D. Phillip Frost
1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida  33131
Phone:  (305) 350-5139
Fax:  (305) 982-0063

By: /s/ Peter W. Homer
    Peter W. Homer
    Email: phomer@homerbonner.com
    Florida Bar No: 291250

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 23, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

| | |
|---|---|
| Kevin C. Schoenberger<br>201 St. Charles Avenue<br>Suite 2422<br>New Orleans, LA 70170<br>Email: kcschoenberger@gmail.com<br><br>*Attorney for Plaintiffs*<br><br>Tracy A. Nichols<br>Holland & Knight, LLP<br>701 Brickell Avenue, Suite 3300<br>Miami, FL 33131<br>Email: tracy.nichols@hklaw.com<br><br>*Attorney for Defendant OPKO Health, Inc.* | W. Conrad Willkomm<br>Law Office of Conrad Willkomm<br>3201 Tamiami Trail<br>Second Floor<br>Naples, FL 34103<br>Email: conrad@swfloridalaw.com<br><br>*Attorney for Plaintiffs* |

/s/ Peter W. Homer
Peter W. Homer